UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STONEY GLENN,

    Plaintiff,

v.                        Case No. 3:19cv4890-LC-HTC

CENTURION,
NURSE YABOURGH,
DOCTOR HAIDER,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2020 (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has reviewed *de novo* Plaintiff's objections, filed May 1, 2020. (ECF No. 20).

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 18) is adopted and incorporated by reference in this order.

2. The First Amended Complaint is DISMISSED without prejudice under Federal Rule of Civil Procedure 20(a), 28 U.S.C. § 1915A(b)(1), and 28 U.S.C. § 1915(e)(2)(B)(ii) for improper joinder and failure to comply with an order of this Court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of May, 2020.

        *s/L.A. Collier*
    **LACEY A. COLLIER**
    **SENIOR UNITED STATES DISTRICT JUDGE**